THE STATE OF OHIO, APPELLANT AND CROSS-APPELLEE, *v.* ROBINSON ET AL., APPELLEES AND CROSS-APPELLANTS.

[Cite as State *v.* Robinson (1986), 28 Ohio St. 3d 65.]

(No. 86-1129—Decided December 24, 1986.)

*William F. Schenck,* prosecuting attorney, for the state.
*Carretta, Cartwright, Barber & Cornish Co., L.P.A.,* and *Catherine M. Barber,* for George and Linda Robinson.

The judgment of the court of appeals in case Nos. 85 CA 47 and 85 CA 48, with respect to its ruling on R.C. 2907.323(A)(3), is reversed on authority of *State* v. *Meadows* (1986), 28 Ohio St. 3d 43, and that issue is remanded to the trial court for further proceedings.

The judgment of the court of appeals in case Nos. 85 CA 47 and 85 CA 48, with respect to its ruling on R.C. 2907.323(A)(1) and (2), is vacated and these issues are remanded to the trial court for reconsideration in light of *State* v. *Meadows, supra.*

CELEBREZZE, C.J., LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.

SWEENEY, J., not participating.